**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MICHAEL LORUSSO,**

**Petitioner,**

**vs.** **Case No.: 1:26cv40/MCR/ZCB**

**PINELLAS COUNTY SHERIFF,**

**Respondent.**
**______________________/**

# ORDER

The magistrate judge issued a Report and Recommendation on March 31, 2026. (Doc. 13). The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this order.

2. The 28 U.S.C. § 2241 amended habeas petition (Doc. 9) is **DISMISSED without prejudice** as duplicative.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**